IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-00503-MOC-DSC

| | |
|---|---|
| JACQUELINE LEGUIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BRIAN T. MOYNIHAN, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the pro se Plaintiff's letter requesting that a Summons be served by the United States Marshal (document #3).

On September 13, 2018, Judge Max O. Cogburn, Jr. ordered Plaintiff to either pay the filing fee or submit an Application to Proceed Informa Pauperis (document #2). A copy of the Order and an Application to Proceed Informa Pauperis form were mailed to Plaintiff. On September 25, 2018, Plaintiff paid the filing fee.

For those reasons, Plaintiff's Motion for service by the United States Marshal is denied.

The Clerk is directed to send copies of this Order to pro se Plaintiff, counsel for the parties, and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: October 16, 2018

David S. Cayer
United States Magistrate Judge